**Charles J. Paternoster, OSB No. 024186**
CPaternoster@pfglaw.com
**PATERNOSTER, FARNELL & GREIN, LLP**
1030 S.W. Morrison Street
Portland, OR 97205
Telephone: (503) 222-1812
*Attorneys for Plaintiff Benjamin Lapin*
*Additional Counsel of Record Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| BENJAMIN LAPIN, derivatively on behalf of NIKE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DONAHOE II, MATTHEW FRIEND, CATHLEEN BENKO, JOHN G. CONNORS, TIMOTHY COOK, THASUNDA DUCKETT, MONICA GIL, ALAN B. GRAF, JR., MARIA HENRY, PETER HENRY, TRAVIS KNIGHT, MARK PARKER, MICHELLE PELUSO, JOHN ROGERS, JR., and ROBERT SWAN, <br><br> Defendants, <br><br> -and- <br><br> NIKE, INC., an Oregon Corporation, <br><br> Nominal Defendant. | Case No.: 3:24-cv-01552-AN <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a)(l)(A)(i), Plaintiff Benjamin Lapin ("Plaintiff"), by his undersigned attorneys, hereby dismisses the claims against Defendants in the above captioned case without prejudice.

**PAGE 1 – NOTICE OF DISMISSAL**

DATED: September 17, 2024

        PATERNOSTER, FARNELL & GREIN, LLP

        By: *s/ Charles J. Paternoster*
        Charles J. Paternoster, OSB No. 024186
        1030 S.W. Morrison Street
        Portland, OR 97205
        Phone: (503) 222-1812
        Email: CPaternoster@pfglaw.com

        and

        ROWLEY LAW PLLC
        Shane T. Rowley, Esq.
        *Pro Hac Vice Admission to be filed*
        Danielle Rowland Lindahl, Esq.
        *Pro Hac Vice Admission to be filed*
        50 Main Street, Suite 1000
        White Plains, New York 10606
        Phone: (914) 400-1920
        Fax: (914) 301-3514
        Email: srowley@rowleylawpllc.com
        drl@rowleylawpllc.com

PAGE 2 – NOTICE OF DISMISSAL

PATERNOSTER FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, OR 97205
Telephone: (503) 222-1812  FAX: (503) 274-7979